**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| Wells Fargo Bank, N.A. as Trustee for the Holders of SASCO 2007-MLN1 | CIVIL ACTION NO: 2:22-cv-00412-LEW |
| **Plaintiff** | **MOTION TO EXTEND TIME TO COMPLETE AND FILE SERVICE AS TO DEFENDANT, OR IN THE ALTERNATIVE, FILE A MOTION TO SERVE VIA ALTERNATE MEANS** |
| **vs.** | **RE:** 58 Lower Beach Road, Windham, ME 04062 |
| James C. Dodge | |
| **Defendant** | |
| James B Barns Discover Bank Maine Revenue Services Maine Department of Health and Human Services (DHHS) - Division of Support Enforcement and Recovery | Mortgage: 09/12/2006 Book 24382, Page 326 |
| **Party-in-Interest** | |

NOW COMES the Plaintiff, Wells Fargo Bank, N.A. as Trustee for the Holders of SASCO 2007-MLN1 (hereinafter "Wells Fargo"), by and through undersigned counsel and hereby respectfully requests that an order be entered granting this Motion to Extend deadline for forty-five (45) days to complete and file service as to Defendant, James C. Dodge, or in the alternative, file a Motion for Service via Alternate Means. As grounds therefore, Plaintiff states that it engaged the services of the Cumberland County Sheriff's Office to effectuate service upon the Defendant, James C. Dodge, at the subject property address. Joyce L. Hodsden, Deputy Sheriff of the Cumberland County Sheriff's Office states she received the summons and complaint and attempted to effect personal service of said paperwork on the Defendant to no avail on multiple occasions. On January 11, 2023 at 5:00PM, Deputy Sheriff Joyce L. Hodsden attempted service upon the

Defendant at the subject property address, but there was no response and she left her business card with her contact information. On January 14, 2023 at 9:00AM, Deputy Sheriff Joyce L. Hodsden attempted service upon the Defendant at the subject property address, but was unsuccessful, as there was no response, and she, again, left her business card with her contact information. On January 19, 2023 at 10:30AM, Deputy Sheriff Joyce L. Hodsden attempted service upon the Defendant at the subject property address to no avail, as again there was no response to the door knock by the Defendant. Deputy Sheriff Joyce L. Hodsden stated she spoke with neighbors who stated that the Defendant does live at the property address, they seldom see the Defendant and that he seldom leaves his house, but that they see lights on at 2:00AM sometimes. Deputy Sheriff also observed a black pickup truck on the subject premises on each occasion she attempted service upon the Defendant at the property address. *See* Exhibit A (a true and correct copy of the Affidavit of Joyce L. Hodsden, Deputy Sheriff of the Cumberland County Sheriff's Office as to service of the Defendant is attached hereto and incorporated herein). On February 21, 2023, the office of the undersigned sent the summons and complaint to process server, Kevin Surette of We Serve Maine for him to attempt service upon the Defendant. He stated he made multiple attempts to serve the Defendant at the property address, and that during those attempts spoke with neighbors. Neighbors stated he does reside at the subject property address, is well known to all his neighbors and "harasses a great many". Neighbors also reported that he often calls the Windham, ME police for any and all minor infractions. Neighbors also stated that the Defendant has been cited by the Town of Windham, ME multiple times for excess "stuff" in and on his property and that his garage is falling down and in disrepair. *See* Exhibit B (a true and correct copy of the returned summons and Kevin Surette of We Serve Maine's summary of his service attempts upon the Defendant are attached hereto and incorporated herein). On March 3, 2023, on Process server, Kevin Surette's last attempt at service upon the Defendant at the subject property address, Defendant again did not answer his

door. Process Server, Kevin Surette, served the Summons and Complaint by leaving at the

Defendant's last and usual place of residence. *See* Exhibit C (true and correct copies of photos

showing service of process was left at the front door of the subject property and residence of the

Defendant are attached hereto and incorporated herein). It does appear that the Defendant is

evading service and that service by traditional means will not be effective in this case, as the

Defendant will not answer his door to accept said service. Neighbors did state that the Defendant's

son does visit the Defendant every week and stays for day or so. We are performing additional

research as to contact information for the Defendant's son to see if we can establish communication

with the Defendant through his son to facilitate and effectuate service of the Summons and

Complaint. In the event that is unsuccessful, the office of the undersigned will file a Motion to

Serve via Alternate Means.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that this Honorable

Court extend the service of process deadline for the Defendant by forty-five (45) days to allow for

additional research and investigation as to the Defendant's son in an effort to establish

communication in an effort to effectuate service upon the Defendant, or in the alternative, file a

Motion to Serve the Defendant via Alternate Means.

DATED: March 24, 2023                                /s/Reneau J. Longoria, Esq.
                                                     Reneau J. Longoria, Esq. Bar No. 005746
                                                     Attorney for Plaintiff
                                                     Doonan, Graves & Longoria, LLC
                                                     100 Cummings Center, Suite 303C
                                                     Beverly, MA 01915
                                                     (978) 921-2670
                                                     RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on this 24th day of March 2023, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746

James C. Dodge
58 Lower Beach Road
Windham, ME 04062

Maine Dept of Health and Human Services (DHHS)-Division of Support Enforcement &Recovery
c/o Jennifer Huston, Esq.
Office of the Maine Attorney General
125 Presumpscot Street, Suite 26
Portland, ME 04103

Maine Revenue Services
c/o Kaitlyn M. Husar, Esq.
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333

Discover Bank
502 East Market Street
Greenwood, DE 19950

Discover Bank
c/o CT Corp System
28 Liberty Street
New York, NY 10005

James B. Barns
361 US Route 1
Falmouth, ME 04105