# AFFIDAVIT

Wells Fargo Bank, N.A. vs James Dodge

I, Joyce L. Hodsdon, Deputy Sheriff of the Cumberland County Sherriff's Office, State of Maine, do hereby certify that I received the within Summons & Complaint and have attempted to effect personal service of said paperwork on the within named Defendant as follows:

| DATE | TIME | LOCATION |
|---|---|---|
| Card 1-11-23 | 5:00 P.M. | 58 Lower Beach Rd Windham, Me. |
| Card 1-14-23 | 9:00 A.M. | |
| 1-19-23 | 10:30 A.M. | |

REMARKS: Have left 2 cards. No response. Checked with neighbor who advised he seldom sees him. Does see lights on 2:00 A.M. sometimes. Said he was living there. Each time I have been there, a black P/u truck there, but will not answer door. Neighbor also said he very seldom leaves the house.

After reasonable diligence, I was unable to effect personal service on the defendant. Will need to do alternative service.

DATED: 1-19-23      BY: Joyce L. Hodsdon
                         Joyce L. Hodsdon
                         Deputy Sheriff

STATE OF MAINE
CUMBERLAND, ss

Personally appeared the above named Joyce L. Hodsdon and made oath that the foregoing Affidavit is true and correct.

DATED: 1/19/2023      Notary Public

KATIE L. TOMKUS
Notary Public – Maine
My Commission Expires Nov 8, 2024

EXHIBIT A