**JAMES C DODGE 58 LOWER BEACH WINDHAM MAINE**
**We have spoken to neighbors in addition to attempts while at the house. I had a strange situation develop while I was on site. I did not have your number, the only number I had with me was Reneau Longoria. I had a neighbor who was willing to give him the paperwork. Seems Mr. Dodge is well known to all the neighbors and harasses a great many. He calls the Windham police for any and all minor infractions. I,e.: You went over my property boundary by 2 feet. Mr. Dodge has been cited by the town and fined multiple times for excess "stuff "in and on his property. His garage is falling down and is in disrepair.**

**Spoke to the next-door neighbor who states Mr. Dodge waits until he is not home and he comes to the residence and yells at his wife. Said this has been going on for years. Stated Mr. Dodge rarely leaves his house. Even when letting his dog out he only opens the door wide enough for the dog to get out. Mr. Dodge frequently leaves the dog out in extremely cold weather. I asked him does he ever go shopping? The neighbor advised her is not sure, but he knows Mr. Dodge's son comes by every week or two and stays for a day or so.**

**Mr. Dodge's property is snowed in as is his truck. Appears he just walks in the snow when he does leave.**

**The neighbor thought if he used his front-end loader to plow the entrance that would aggravate Mr. Dodge to come out and I could serve him. We did try but Mr. Dodge did not come out. That is when the neighbor offered to give the papers to Mr. Dodge next time Mr. Dodge existed the home or came over to harass his wife. While technically legal (over 18 not a party) I sought council and spoke to Reneau Longoria who advised not to let the neighbor get in the middle but with the gained knowledge we could leave at last and usual.**

**I did leave the documents and took photos sent under separate email.**



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| Wells Fargo Bank, N.A. as Trustee for the Holders of SASCO 2007-MLN1 | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 2:22-cv-00412-LEW |
| JAMES C. DODGE ET AL | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James C. Dodge
58 Lower Beach Road
Windham, ME 04062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reneau J. Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303 C
Beverly, MA 01915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   12/29/2022

*Christa K. Berry*
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00412-LEW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES C DODGE

was received by me on *(date)* 2/21/23

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* POSTED AT DOOR
_____ , a person of suitable age and discretion who resides there,
on *(date)* 3/3/23 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/3/23

Server's signature

KEVIN J. SURETTE
Printed name and title

P.O. BOX 57, LITCHFIELD, MAINE 04350
WE SERVE MAINE
Server's address

Additional information regarding attempted service, etc:
1. THIS IS SUBJECTS CONFIRMED RESIDENCE
2. HE HAS NOT ANSWERED THE DOOR AFTER MULTIPLE ATTEMPTS WHILE his KNOWN VEHICLE IS PARKED
3. NEIGHBOR CONFIRMED HE DOES RESIDE AND WAS HOME AT TIME OF POSTING

Print    Save As...    Reset