

EXHIBIT C







